## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**ALEX ARMANDI LIZARDI**<br>**aka ALEX A LIZARDI, aka ALEX LIZARDI**<br><br>xxx–xx–2540<br><br><br>Debtor(s) | Case No. **15–03966 MCF**<br><br>Chapter **13**<br><br><br>FILED & ENTERED ON 9/19/19 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: REQUEST FOR ENTRY OF ORDER filed by TRUSTEE, docket #30.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. The debtor shall comply within fourteen (14) days.

In San Juan, Puerto Rico, this Thursday, September 19, 2019 .

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge